```
            FILED            RECEIVED
            ENTERED          SERVED ON
                    COUNSEL/PARTIES OF RECORD

                  AUG 1 5 2024

              CLERK US DISTRICT COURT
                DISTRICT OF NEVADA
       BY:                           DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

ANGEL FERNANDEZ,

    Defendant.

Case No. **3:24-cr-00026-MMD-CLB**

**Order Sealing Indictment**

    Based on the government's oral motion and the authority provided by Federal Rule of Criminal Procedure 6(e)(4) and Local Rule IA 10-5, THE COURT HEREBY FINDS AND ORDERS that the indictment in this case and all related documents must be kept under seal until further order of the court.

    IT IS FURTHER ORDERED THAT, on the day of the arrest of the defendant in this case, the government may provide retained defense counsel a copy of the sealed indictment.

    In the alternative, if it is determined that the defendant does not have retained counsel, IT IS FURTHER ORDERED THAT, on the day of the arrest of the defendant in this case, the Clerk's Office for the United States District Court for the District of Nevada must release the sealed indictment to the CJA Panel Resource Attorney, who may use the information in the sealed indictment for the sole purpose of securing defense counsel in a timely manner and may provide defense counsel a copy of the sealed indictment.

Dated: August 15, 2024

Honorable Carla L. Baldwin
U.S. Magistrate Judge