RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for ANGEL FERNANDEZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ANGEL FERNANDEZ,<br><br>        Defendant. | Case No: 3:24-CR-00026-MMD-CLB<br>*SEALED*<br><br>**ORDER GRANTING STIPULATION TO UNSEAL CASE**<br>(First Request) |

     IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender KATE BERRY, counsel for ANGEL FERNANDEZ, United States Attorney Jason M. Frierson, and Assistant United States Attorney PENELOPE BRADY, counsel for the United States of America, that the parties respectfully move for an Order unsealing the case and related documents of Angel Fernandez, Case No 3:24-cr-00026-MMD-CLB.

     At the initial appearance, counsel for the United States requested that the unredacted indictment and the initial appearance be sealed, and defense counsel did not object. An order was entered sealing those documents. Unfortunately, as a consequence of the Court's order, the

entire case was sealed, which was not the intent of the parties. The parties request that this case and all related documents be unsealed with the exception of:

- Unredacted Indictment (ECF No. 2);
- Minutes of the Initial Appearance held August 26, 2024;
- Financial Affidavit;
- Joint Motion for Protective Order for Grand Jury Information;
- Joint Motion to Seal;
- Order to Seal (ECF No. 21); and
- Protective Order (ECF No. 22).

DATED this 18th day September, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: /s/ Kate Berry<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for Angel Fernandez | By: /s/ Penelope Brady<br>PENELOPE BRADY<br>Assistant United States Attorney<br>Counsel for United States |

**IT IS SO ORDERED:**

**MIRANDA M. DU**
**CHIEF U.S. DISTRICT JUDGE**

**DATED:** September 19, 2024

2