1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar Number 7709
3  PENELOPE J. BRADY
   Assistant United States Attorney
4  400 South Virginia Street, Suite 900
   Reno, Nevada  89501
5  (775) 784-5438
   Penelope.Brady@usdoj.gov
6

7  *Representing the United States of America*

8  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
9

10 UNITED STATES OF AMERICA,          Case No. 3:24-cr-00026-MMD-CLB

11                Plaintiff,          **ORDER GRANTING**
                                      **STIPULATION TO EXTEND TIME**
12        v.                          **TO FILE RESPONSE TO MOTION**
                                      **[ECF #30]**
13 ANGEL FERNANDEZ,
                                      (First Request)
14                Defendant.

15

16        IT IS HEREBY STIPULATED AND AGREED by and through Jason M.

17 Frierson, United States Attorney for the District of Nevada, Penelope Brady, Assistant

18 United States Attorney, counsel for the United States of America, and Kate Berry,

19 Assistant Federal Public Defender, counsel for Defendant Angel Fernandez, to extend the

20 time in which the Government's Response to the Defendant's Motion [ECF #30] is due

21 from October 18, 2024, to October 21, 2024. This is the first request for an extension. Trial

22 is currently set for February 11, 2025. Government counsel is respectfully requesting an

23 additional business day to file its response due to government counsel's travel. As such, the

24 parties are stipulating to a short extension of the Government's response date from October

18, 2024 to October 21, 2024. The additional time requested for the filing the responses is requested mindful of the current trial date of February 11, 2025, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED: October 17, 2024

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Penelope J. Brady*<br>PENELOPE J. BRADY<br>Assistant United States Attorney | */s/ Kate Berry*<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for Angel Fernandez |

IT IS SO ORDERED.

DATED: This 18th day of October, 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE