JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
PENELOPE J. BRADY
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Penelope.Brady@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ANGEL FERNANDEZ,<br><br>             Defendant. | Case No. 3:24-cr-00026-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO ADVANCE HEARING ON MOTION [ECF #30]** |

IT IS HEREBY STIPULATED AND AGREED by and through Jason M. Frierson, United States Attorney for the District of Nevada, Penelope Brady, Assistant United States Attorney, counsel for the United States of America, and Kate Berry, Assistant Federal Public Defender, counsel for Defendant Angel Fernandez, to advance the hearing on Defendant's Motion [ECF #30] from November 12, 2024 at 9:30 a.m. to November 8, 2024 at 10:00 a.m. Government counsel is respectfully requesting the change

1

due to government counsel's work travel. As such, the parties are stipulating to advance the hearing.

DATED: October 17, 2024

| JASON M. FRIERSON | RENE L. VALLADARES |
| United States Attorney | Federal Public Defender |

*/s/ Penelope J. Brady*  
PENELOPE J. BRADY  
Assistant United States Attorney

*/s/ Kate Berry*  
KATE BERRY  
Assistant Federal Public Defender  
Counsel for Angel Fernandez

IT IS SO ORDERED.

DATED: This 22nd day of October, 2024.

_____  
HON. MIRANDA M. DU  
UNITED STATES DISTRICT JUDGE