RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for ANGEL FERNANDEZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGEL FERNANDEZ,<br><br>    Defendant. | Case No: 3:24-CR-00026-MMD-CLB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR DISTRICT JUDGE REVIEW OF MAGISTRATE JUDGE'S DETENTION ORDER AND TO FILE UNDER SEAL** |

Angel Fernandez, by and through his attorney of record, Assistant Federal Public Defender Kate Berry, moves for leave of Court to file a reply in support of his Motion for District Judge Review of Magistrate Judge's Detention Order. *See* LCR 12-3 ("Replies will be allowed only with leave of the court."). The reply briefly responds to factual representations made in the government's response and is intended to aid the Court in preparing for the upcoming hearing.[1]

---

[1] Counsel seeks to file the reply one day after obtaining relevant information from witnesses and one week before the scheduled hearing.

Mr. Fernandez furthermore seeks leave of Court to file the reply under seal as it contains protected information produced pursuant to a protective order.

DATED this November 1, 2024.

*/s/Kate Berry*
KATE BERRY
Attorney for Angel Fernandez

**IT IS SO ORDERED:**

**MIRANDA M. DU**
**CHIEF U.S. DISTRICT JUDGE**

**DATED:** November 4, 2024

2