UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANGEL FERNANDEZ,

    Defendant.

Case No.: 3:24-cr-00026-MMD-CLB

**Order Granting Motion for Return of or Certification of Destruction of Materials Produced Under Protective Orders ECF Nos. 22, 27, and 58**

**[ECF No. 76]**

The Court has read and considered the Motion filed by the government, and the Court hereby ORDERS as follows: Former counsel for the defendant, Kate Berry and Chris Frey of the Federal Public Defender, shall return the materials produced by the government under protective orders ECF Nos. 22, 27, and 58 to government counsel or destroy and certify to government counsel the destruction of the material within thirty days of this Order.

IT IS SO ORDERED.

DATED: May 29, 2025

_____
UNITED STATES MAGISTRATE JUDGE